IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>SHEILA LIKNESS and THOMAS POVONDRA,<br><br>              Defendants. | **8:20CR8**<br><br>**PRELIMINARY ORDER OF FORFEITURE** |

This matter is before the before the Court upon the United States of America's Motion for Preliminary Order of Forfeiture (Filing No. 70). The Court reviews the record in this case and, being duly advised in the premises, finds as follows:

   1. Defendant Thomas Povondra entered into a Plea Agreement (Filing No. 46) whereby he entered a plea of guilty to Counts Five and Six of the Indictment and agreed to the Forfeiture Allegation of the Indictment.

   2. Defendant Sheila Likness entered a plea of guilty to Counts One, Five and Six of the Indictment. (Filing No. 67).

   3. The Forfeiture Allegation of the Indictment alleged that defendants used the following property to facilitate the offenses, and/or that the property was derived from proceeds obtained directly or indirectly as a result of the commission of the offenses:

      a. Defendant Sheila Likness' interest in funds in unidentified Bitcoin accounts
      b. Alienware Computer bearing the serial number of DYM8VP2
      c. Black Acer Laptop SNID: 91004967776
      d. Black ASUS Laptop SN: EBNOWU161224466
      e. Black ASUS Laptop SN: G7NOCV06R72028A
      f. HP Touch Smart Computer SN: 4CS1170B6J

      g. iPhone 10 IMEI: 357261095903719
      h. LG Cell Phone FCC ID: ZNFUK.495
      i. Macmini Computer ID Number on sticker: C3000Z
      j. Colby Digital Audio Player ID Number: MP-C827
      k. Dell Desktop Computer Key Tag: 7WLV6YI

3. By virtue of said pleas of guilty, defendants have forfeited their interests in the subject property. Accordingly, the United States should be entitled to possession of said property.

6. The Motion for Preliminary Order of Forfeiture should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The Motion for Preliminary Order of Forfeiture is hereby granted.

B. Based upon the Forfeiture Allegation of the Indictment and the pleas of guilty, the United States is hereby authorized to seize the above described property.

C. Defendants' interest in the property is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of 18 U.S.C. §§ 982(a)(2)(B), 982(a)(6) and 21 U.S.C. § 853(n)(1).

D. The United States shall hold the property in its secure custody and control.

E. Pursuant to 21 U.S.C. § 853(n)(1), the United States shall publish notice of this Preliminary Order of Forfeiture for at least thirty consecutive days on an official internet government forfeiture site, www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have an interest in the property.

F. Pursuant to 21 U.S.C. § 853(n)(2), such notice shall provide that any person, having or claiming a legal interest in any of the property must file a petition with this Court

within 30 days of the final publication of notice or of receipt of actual notice, whichever is earlier.

G. Pursuant to 21 U.S.C. § 853(n)(3), a petitioner must sign the petition under penalty of perjury and set forth the nature and extent of the petitioner's right, title or interest in the property and any additional facts supporting the petitioner's claim and the relief sought.

H. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

ORDERED this 10th day of December, 2020.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge