IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> SHEILA LIKNESS and THOMAS POVONDRA, <br><br> Defendants. | 8:20CR8 <br><br><br> ORDER |

This matter is before the Court upon the United States of America's Motion to Dismiss from the Forfeiture Allegation of the Indictment the property identified as funds in unidentified Bitcoin accounts (item a) and to Vacate the same from the Preliminary Order of Forfeiture.  Filing No. 72.  The Court reviews the record in this case and, being duly advised in the premises, finds the Motion should be granted.

IT IS THEREFORE ORDERED as follows:

1. The Motion (Filing No. 72) is hereby granted;

2. The property identified as funds in unidentified Bitcoin accounts (item a) is hereby dismissed from the Forfeiture Allegation of the Indictment;

3. The property identified as funds in unidentified Bitcoin accounts (item a) is hereby vacated from the Preliminary Order of Forfeiture (Filing No. 71), while all other provisions of the Order remain in force.

ORDERED this 18th day of December, 2020.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge