IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>SHEILA LIKNESS and THOMAS POVONDRA,<br><br>　　　　　　Defendants. | 8:20CR8<br><br>FINAL ORDER OF FORFEITURE |

　　　　This matter is before the Court upon the United States of America's Motion for Final Order of Forfeiture (Filing No. 86). The Court reviews the record in this case and, being duly advised in the premises, finds as follows:

1.　　On December 10, 2020, the Court entered a Preliminary Order of Forfeiture (Filing No. 71) forfeiting defendants' interests in the following Property:

　　　　a.　　Alienware Computer bearing the serial number of DYM8VP2
　　　　b.　　Black Acer Laptop SNID: 91004967776
　　　　c.　　Black ASUS Laptop SN: EBNOWU161224466
　　　　d.　　Black ASUS Laptop SN: G7NOCV06R72028A
　　　　e.　　HP Touch Smart Computer SN: 4CS1170B6J
　　　　f.　　iPhone 10 IMEI: 357261095903719
　　　　g.　　LG Cell Phone FCC ID: ZNFUK.495.

2.　　On February 25, 2021, the United States filed a Declaration of Publication regarding the posting of Notice of criminal forfeiture on an official internet government forfeiture site, www.forfeiture.gov.　Filing No. 85.

3.　　The United States advises the Court that no party has filed a petition. From a review of the Court file, the Court finds that no person or entity has filed a petition.

4.　　The Motion for Final Order of Forfeiture should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

    A.  The Motion for Final Order of Forfeiture is hereby granted.

    B.  All right, title, and interest in and to the Property held by any person or entity is hereby forever barred and foreclosed.

    C.  The Property is hereby forfeited to the United States of America.

    D.  The United States is directed to forfeit the Property in accordance with law.

DATED this 9th day of March, 2021.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge